UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARK M. THORNTON,
    Plaintiff,

v.

NORTHEAST BUILDERS TRANSPORT,
INC. and BARRY N. EHRSTEIN,
    Defendants.

C.A. NO.: 03-CV-12521-RGS

## DEFENDANTS NORTHEAST BUILDERS TRANSPORT, INC., AND BARRY N. EHRSTEIN'S ANSWER AND JURY DEMAND

Now comes Defendants Northeast Builders Transport, Inc. ("Northeast") and Barry N. Ehrstein ("Ehrstein") in the above-entitled matter, and answers the plaintiff's complaint as follows:

### PARTIES

1. Neither admitted nor denied.

2. Admitted.

3. Admitted.

### JURISDICTION AND VENUE

4. Neither admitted nor denied.

5. Neither admitted nor denied.

### FACTS

6. Neither admitted nor denied.

7. Admitted Ehrstein was operating a vehicle owned by Northeast. Otherwise denied.

8. Denied.

9. Admitted Ehrstein was an employee of Northeast. Otherwise neither admitted nor denied.

10. Admitted Ehrstein operated a vehicle owned by Northeast as an employee. Otherwise neither admitted nor denied.

11. Admitted.

12. Defendants admit there was a traffic control system at the intersection of the Fellsway and Mystic Avenue; otherwise denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

## COUNT I
## Mark M. Thornton v. Northeast Builders Transport, Inc.

17. Defendant Northeast reasserts and realleges all answers in paragraph 1 though 16 above, and incorporate each herein by reference.

18. Denied.

19. Admitted that Ehrstein was an employee of Northeast and operating a vehicle owned by Northeast. Otherwise neither admitted nor denied.

20. Admitted.

21. Denied.

Wherefore, defendants deny that the plaintiff is entitled to any relief.

## COUNT II
## Mark M. Thornton v. Barry N. Ehrstein

22. Defendant Ehrstein reasserts and realleges all answers in paragraph 1 though 21 above, and incorporate each herein by reference.

23. Denied.

Wherefore, defendants deny that the plaintiff is entitled to any relief.

## FIRST DEFENSE

Process and service of process are insufficient.

## SECOND DEFENSE

The plaintiff's complaint is barred because it fails to state a cause of action for which relief can be granted.

## THIRD DEFENSE

The plaintiff was contibutorily negligent sufficient to bar recovery; should plaintiff be allowed to recover, which defendants oppose, said recovery shall be reduced by the percentage of negligence attributable to the plaintiff.

## FOURTH DEFENSE

The plaintiff's negligence and carelessness exceeded that of the defendants, wherefore, the plaintiff is precluded from recovering any damages.

## FIFTH DEFENSE

If the plaintiff was injured or damaged as alleged, which is denied, it was not as a result of the acts or omissions of any of the defendants or anyone for whom the defendants are legally liable or responsible.

## SIXTH DEFENSE

Any conduct of the defendant was not the proximate cause of the plaintiff's alleged injuries and any damages were the proximate result of intervening and/or superceding actions and/or omissions for which the defendant is not legally liable or responsible.

## SEVENTH DEFENSE

Plaintiff is not entitled to maintain this action due to the provisions of M.G.L. c. 231 §6(D).

## NINTH DEFENSE

The complaint is barred because the plaintiff's medical expenses do not meet the statutory requirements of M.G.L. c. 90 §§ 34(a), 34(m).

## TENTH DEFENSE

The negligent acts or omissions alleged in plaintiff's complaint were committed, if at all, by a person for whose conduct the defendant is not responsible.

## **JURY DEMAND**

The defendants hereby demand a trial by jury on all claims.

          Northeast Builders Transport, Inc. and Barry N. Ehrstein,
By their attorneys,

*/s/ Michael Weinberg*
_____
John A. Donovan, Jr.
BBO No. 130600
Michael B. Weinberg
BBO No. 519500
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: January 12, 2004

## CERTIFICATE OF SERVICE

I, Michael B. Weinberg, hereby certify that I have this day served a copy of the foregoing documents, by mailing a copy, first class mail, postage prepaid to:

> William H. Barry III, Esq.
> Barry Law Office
> 255 Main Street
> Nashua, New Hampshire 03060

Dated: January 12, 2004

_____
Michael B. Weinberg

00803135/12315.208