AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

FILED
IN CLERK'S OFFICE

2004 JAN 20 P 3:00

U.S. DISTRICT COURT
DISTRICT OF MASS.

Mark M Thornton

V.

Northeast Builders Transport, Inc.
and Barry N. Ehrstein

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

03-12521

TO: (Name and address of Defendant)

Barry N. Ehrstein
12 Atherton Road
Hull, Massachusetts 02045

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Barry III
Barry Law Office
255 Main Street
Nashua, New Hampshire 03060

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK    TONY ANASTAS

(By) DEPUTY CLERK

DATE  12-16-03

%AO

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

Ser

NAM

C

December 30, 2003

I hereby certify and return that on 12/26/03 at 02:19 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Barry N. Einstein at 105 Springfield Avenue, Marshfield, MA 02050. Fee ($1.00), Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($16.00) Total Charges $56.50

_____
Deputy Sheriff

Deputy Sheriff Peter P. Downes

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                 Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.