◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
CLERK'S OFFICE

2004 JAN 20 P 3:00

DISTRICT OF MASS.

Mark M Thornton

V.

Northeast Builders Transport, Inc.
and Barry N. Ehrstein

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03cv12521 RGS**

TO: (Name and address of Defendant)

Northeast Builders Transport, Inc
835 Plain Street
Marshfield, Massachusetts   02050

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William H. Barry III
Barry Law Office
255 Main Street
Nashua, New Hampshire   03060

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   12-16-03

**Plymouth County Sheriff's Department** • P.O. Box 1663 • Brockton, MA 02303 • 580-2110

*Plymouth, ss.*

December __, 2003

I hereby certify and return that on 12/23/03 at 05:20 pm I served a true and attested copy of the summons and complaint in this action in the following manner: To wit, by delivering in hand to Russ Laas, agent, person in charge at the time of service for Northeast Builders Transport, Inc., at 835 Plain Street, Marshfield, MA 02050. P&H (no mailing) ($1.00), Attest (1 copy) ($5.00), Basic Service Fee ($30.00), Conveyance ($4.50), Travel ($10.00), Total Charges $50.50

_____
Deputy Sheriff

Deputy Sheriff Peter F. Downes

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                              Signature of Server

                                _____
                                            Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.