UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK M. THORNTON,<br>          Plaintiff,<br><br>v.<br><br>NORTHEAST BUILDERS TRANSPORT, INC.<br>and Barry N. Ehrstein,<br>          Defendants. | )<br>)<br>)<br>)<br>)  C.A. NO.: 03-CV-12521-RGS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS NORTHEAST BUILDERS TRANSPORT, INC. AND BARRY N. EHRSTEIN'S CERTIFICATE OF COMPLIANCE WITH L.R. 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), defendants Northeast Builders Transport, Inc. and Barry N. Ehrstein, through their representative, and their counsel hereby certify that they have conferred:

    a.    regarding the establishment of a budget for the costs of conducting the full course and alternative courses of this litigation; and

    b.    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,
Northeast Builders Transport, Inc. and
Barry N. Ehrstein
By their attorneys,

/s/ John A. Donovan, Jr.
John A. Donovan, Jr.
BBO No. 130600
Michael B. Weinberg
BBO No. 519500
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
Tel. (617) 406-4500

Dated: March 3, 2004

/s/ Anja Capozzi
Anja Capozzi, Claims Specialist
Arbella Mutual Insurance Company,
Insurer of Defendants

## CERTIFICATE OF SERVICE

I, Michael B. Weinberg, hereby certify that on this ____ of March, 2004, I caused a copy of the foregoing documents to be sent by hand and first-class mail, postage prepaid, to the following:

William H. Barry, III<br>
Barry Law Office<br>
255 Main Street<br>
Nashua, New Hampshire 03060

_____
Michael B. Weinberg

00810461/12315-208