IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MARK M. THORNTON,<br>  Plaintiff<br><br>V.<br><br>NORTHEAST BUILDERS TRANSPORT, INC.<br>And BARRY N. EHRSTEIN,<br>  Defendants | CIVIL ACTION No. 03-12521-RGS |

## JOINT STATEMENT UNDER L.R. 16.1

Plaintiff, Mark M. Thornton, and Defendants, Northeast Builders Transport, Inc. and Barry N. Ehrstein, have conferred pursuant to Local Rule 16.1 and proposed the following pretrial schedule for the Court's consideration at the initial scheduling conference set for March 8, 2004 at 3:45 p.m.

1. **Proposed Discovery Schedule**

   a.  Automatic disclosure to be served by      March 22, 2004
   There are a number of documents believed to be in all parties' possession already, and for these the parties shall arrange for review and copying at a mutually convenient time.

   b.  All facts discovery requests to be served by      April 21, 2004

   All fact depositions to be noticed by      September 30, 2004

   Fact depositions to be completed by      December 30, 2004

   Rule 26(A)(2)(B) disclosure of trial experts
   by plaintiff served by      January 31, 2005

   Rule 26(A)(2)(b) disclosure of trial experts
   by defendant served by      March 31, 2005

|   |   |
|---|---|
| Expert Depositions concluded by | June 30, 2005 |
| Rule 56 Motions to be filed by | July 30, 2005 |

2. **Certification**

   The parties will file the certifications required by Local Rule 16.1 at or before the conference.

3. **Magistrate Judge**

   Defendants' counsel does not consent to trial before a Magistrate Judge.

Respectfully submitted,

NORTHEAST BUILDERS TRANSPORT, INC.
BARRY N. EHRSTEIN

MARK M. THORNTON

By their attorneys:

*/s/ Michael B. Weinberg*
Michael B. Weinberg
Massachusetts BBO#519500
Donovan Hatem LLP
Two Seaport Lane
Boston, Massachusetts 02210
617-406-4500

By his attorney:

*/s/ William H. Barry III*
William H. Barry III
Massachusetts BBO#545547
Barry Law Office
255 Main Street
Nashua, New Hampshire 03060
603-883-0474

*/s/ John A. Donovan*
John A. Donovan
Massachusetts BBO#130600
Donovan Hatem LLP
Two Seaport Lane
Boston, Massachusetts 02210
617-406-4500

C:\1118Thornton\Joint Statement.wpd

2