UNITED STATES DISTRICT COURT
EASTERN DISTRICT MASSACHUSETTS

```
                                    )
                                    )
MARK M. THORNTON,                   )
          Plaintiff                 )
                                    )
V.                                  ) CIVIL ACTION No.  03-12521-RGS
                                    )
NORTHEAST BUILDERS TRANSPORT, INC.  )
And BARRY N. EHRSTEIN,              )
          Defendants                )
                                    )
                                    )
```

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

I, William H. Barry III, hereby affirm that I conferred on February 6, 2004 with Mark Thornton with a view to establishing a budget for the cost of conducting the full course - and various alternative courses - of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Dated: March 4, 2004                Respectfully submitted,

                                    Mark M. Thornton
                                    By his Attorney


                                    William H. Barry III
                                    Massachusetts BBO#545547
                                    Barry Law Office
                                    255 Main Street
                                    Nashua, New Hampshire 03060
                                    603-883-0474

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has this date been forwarded to all parties by first class mail as follows:

    Michael B. Weinberg
    John A. Donovan
    Donovan Hatem LLP
    Two Seaport Lane
    Boston, Massachusetts 02210

Date: March 4, 2004

William H. Barry III

C:\1118Thornton\Certification.wpd

2