UNITED STATES DISTRICT COURT
EASTERN DISTRICT MASSACHUSETTS

MARK M. THORNTON,
Plaintiff

V.

NORTHEAST BUILDERS TRANSPORT, INC.
And BARRY N. EHRSTEIN,
Defendants

CIVIL ACTION No. 03-12521-RGS

**DISCLOSURE OF MEDICAL INFORMATION IN PERSONAL INJURY CASE PURSUANT TO LOCAL RULE 35.1(A)**

(1) The plaintiff provides the following itemization of medical expenses:

| Provider | | Amount | Date |
|---|---|---|---|
| Somerville Fire Department Ambulance<br>93 Highland Avenue<br>Somerville, Massachusetts 02143<br>617-623-1700 | $ | 609.00 | 01/22/01 |
| Massachusetts General Hospital<br>P.O. Box 9693<br>Boston, Massachusetts 02114-4693<br>617-726-2159 | $ | 5795.40 | 01/22/01 |
| MGM Physicians Organization, Inc.<br>ER Doctor, Radiology, EKG | $ | 1022.22 | 01/22/01 |
| Dr. Heaps/Dr. Price/Dr. Goumas<br>Four Seasons Orthopedics<br>505 West Hollis Street<br>Nashua, New Hampshire 03062<br>603-883-0091 | $ | 2622.00 | 01/29/01 - 12/24/01 |
| So. NH Medical Center<br>8 Prospect Street<br>Nashua, New Hampshire 03060<br>603-577-2000 | $ | 6648.00 | 01/29/01 - 03/24/01 |
| Dr. Lesser and Dr. House<br>24 Dearborn Street<br>Nashua, New Hampshire 03060<br>603-886-0660 | $ | 966.00 | 05/18/01 |

| | | | |
|---|---|---|---|
| Dr. Peter S. Hacker<br>30 Dearborn Street<br>Nashua, New Hampshire 03060<br>603-883-2226 | $ | 599.00 | 02/01/01-<br>09/17/01 |
| Occupational Health Center<br>of Waltham | $ | 2231.00 | 06/20/01 -<br>08/15/01 |
| Dr. Glenn Philo, DC<br>76 Northeastern Boulevard #32A<br>Nashua, New Hampshire 03062<br>603-889-0550 | $ | 1265.00 | 04/27/01 -<br>08/14/01 |
| Nashua Anesthesia Partners<br>8 Prospect Street<br>Nashua, New Hampshire 03060<br>603-889-2624 | $ | 420.00 | 01/29/01 |
| Associated Radiologists<br>8 East Pearl Street<br>Nashua, New Hampshire 03060<br>603-883-4636 | $ | 569.00 | 01/27/01-<br>05/24/01 |
| Elliot Hospital<br>One Elliot Way<br>Manchester, New Hampshire 03103<br>603-669-5300 | $ | 1032.60 | 10/23/01 |
| HealthSouth Sports Medicine<br>505 West Hollis Street<br>Nashua, New Hampshire 03062<br>603-886-2710 | $ | 9847.00 | 02/22/01 -<br>02/15/02 |
| Dr. Steven Rudman<br>225 Bridge Street<br>Manchester, New Hampshire 03104<br>603-668-3509 | $ | 1381.00 | 10/12/01 -<br>07/15/02 |
| New England Baptist Hospital<br>125 Parker Hill Avenue<br>Boston, Massachusetts 02120 | $ | 578.00 | 04/25/02 |
| Dr. James Rainville<br>The Spine Center of NE Baptist<br>125 Parker Hill Avenue<br>Boston, Massachusetts 02120 | $ | 2113.00 | 06/15/01 -<br>09/04/01 |
| Joyce Santostephano,<br>Speech Therapist<br>Catholic Medical Center | $ | 262.00 | 08/08/01 -<br>08/13/01 |

769 Main Street
Manchester, New Hampshire 03102
603-641-6700

| Provider | | Amount | Dates |
|---|---|---|---|
| Joan Scanlon, Ph.D.<br>19 Tyler Street, Suite 303<br>Nashua, New Hampshire 03060<br>603-881-7753 | $ | 2120.00 | 05/11/01 -<br>03/17/03 |
| Dr. Richard W. Cullen<br>300 Chestnut Street Suite 500<br>Needham, Massachusetts 02492<br>781-444-7137 | $ | 1750.00 | 11/25/02 -<br>01/04/04 |
| Dr. Marc Sadowsky<br>New England Neurological Associates<br>220 Sutton Street<br>North Andover, Massachusetts 01845<br>978-687-2321 | $ | 595.00 | 09/30/03 -<br>01/09/04 |
| Michelle McClellan<br>Orthopedic Physical Therapy Associates, Inc.<br>159 Main Dunstable Road, Suite 101<br>Nashua, New Hampshire 03060<br>603-881-5554 | $ | 1716.00 | 10/06/03 -<br>02/10/04 |
| Dr. David R. Kosofsky<br>Nashua Podiatry Associates<br>166 Kinsley Street<br>Nashua, New Hampshire 03060<br>603-880-9177 | $ | | |
| TOTAL | $ | 44,141.22 | |

The plaintiff reasonably expects to incur additional medical expenses.

(2) Pursuant to Local Rule 35.1(A)(2)(b) the plaintiff identifies the above-named health care providers at those from whom or which the plaintiff has received diagnosis, care or treatment of injuries for which recovery is sought. The plaintiff shall provide a signed statement from the plaintiff authorizing the defendant's counsel access to all the plaintiff's medical records from these and all other providers. The plaintiff's counsel states that given the recently enacted HIPAA law, each medical provider has its own particular medical authorization. The Plaintiff resides in close proximity to his counsel's office, and will return any signed medical authorization within two (2) business days of receipt of the same.

Dated: March 19, 2004

Respectfully submitted,
MARK M. THORNTON
By his attorney,

William H. Barry III
Massachusetts BBO#545547
Barry Law Office
255 Main Street
Nashua, New Hampshire 03060
603-883-0474

C:\1118Thornton\disclosure of medical information.wpd

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been forwarded to all parties the document by first-class mail, postage prepaid, as follows:

Michael B. Weinberg, Esquire
John A. Donovan, Jr., Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, Massachusetts 02210

Date: March 19, 2004

William H. Barry III