UNITED STATES DISTRICT COURT
EASTERN DISTRICT MASSACHUSETTS

```
                                      )
                                      )
MARK M. THORNTON,                     )
          Plaintiff                   )
                                      )
V.                                    )CIVIL ACTION No. 03-12521-RGS
                                      )
NORTHEAST BUILDERS TRANSPORT, INC.    )
And BARRY N. EHRSTEIN,                )
          Defendants                  )
                                      )
```

**PLAINTIFF'S DISCLOSURE PURSUANT TO FED. R. CIV. P. 26**

NOW COMES the plaintiff and makes the following disclosure pursuant to Fed. R. Civ. P. 26:

(A)    1.    Mark M. Thornton
             20 Glen Road
             Nashua, New Hampshire 03062
             603-883-6568

       2.    Joslyn R. Thornton
             20 Glen Road
             Nashua, New Hampshire 03062
             603-883-6568

       3.    Mark T. Thornton (son)
             20 Glen Road
             Nashua, New Hampshire 03062
             603-883-6568

       4.    Trooper H.P. McAucliffe #2894
             Massachusetts State Police
             Medford Barrack
             Medford, Massachusetts

       5.    Shawn Norton
             Medford Police Department
             520 Fellsway
             Medford, Massachusetts 02115
             781-396-0110

       6.    Walter Hussey
             781-665-3704

7.  Phat S. Vong
    65 Fountain Street
    Medford, Massachusetts

8.  Yvonne Velazquez
    Bristol-Myers Squibb Company
    P.O. Box 5200
    Princeton, New Jersey 08543-5200
    609-897-2000

9.  Valerie Reister
    Bristol-Myers Squibb Company
    P.O. Box 5200
    Princeton, New Jersey 08543-5200
    609-897-2000

10. Xan Raskin
    Bristol-Myers Squibb Company
    345 Park Avenue
    New York, New York 10154-0037
    272-546-4000

11. Timothy Wert
    Bristol-Myers Squibb Company
    63 Autumn Drive
    Newtown, Pennsylvania 18940
    215-497-3147

12. Dennis Buckley
    Bristol-Myers Squibb Company
    1582 Brookfield Road
    Newtown, Pennsylvania 18940
    215-321-6961

13. Keeper of the Records
    Somerville Fire Department
    93 Highland Avenue
    Somerville, Massachusetts 02143
    617-623-1700

14. Keeper of the Records
    Massachusetts General Hospital
    P.O. Box 9693
    Boston, Massachusetts 02114-4693
    617-726-2159

15. Drs. Heaps, Price, and Goumas
    Four Seasons Orthopedics
    505 West Hollis Street
    Nashua, New Hampshire 03062
    603-883-0091

16.    Keeper of the Records
       Southern New Hampshire Medical Center
       8 Prospect Street
       Nashua, New Hampshire 03060
       603-577-2000

17.    Dr. Peter S. Hacker
       30 Dearborn Street
       Nashua, New Hampshire 03060
       603-883-2226

18.    Keeper of the Records
       Occupational Health Center of Waltham
       840 Winter Street
       Waltham, Massachusetts 02451

19.    Dr. Glenn Philo, D.C.
       76 Northeastern Boulevard #32A
       Nashua, New Hampshire 03062
       603-889-0550

20.    Keeper of the Records
       Elliott Hospital
       One Elliott Way
       Manchester, New Hampshire 03103
       603-669-5300

21.    Keeper of the Records
       Healthsouth Sports Medicine
       505 West Hollis Street
       Nashua, New Hampshire 03060
       603-886-2710

22.    Dr. Steven Rudman
       225 Bridge Street
       Manchester, New Hampshire 03104
       603-668-3509

23.    Keeper of the Records
       New England Baptist Hospital
       125 Parker Hill Avenue
       Boston, Massachusetts 02120

24.    Dr. James Rainville
       The Spine Center of New England Baptist Hospital
       125 Parker Hill Avenue
       Boston, Massachusetts 02120

25.    Joyce Santostephano, Speech Therapist
       Catholic Medical Center
       769 Main Street
       Manchester, New Hampshire 03102
       603-641-6700

26.    Dr. Joan P. Scanlon
       19 Tyler Street, Suite 303
       Nashua, New Hampshire 03060
       603-881-7753

27.    Dr. Richard W. Cullen
       300 Chestnut Street Suite 500
       Needham, Massachusetts 02492
       781-444-7137

28.    Dr. Marc Sadowsky
       New England Neurological Associates
       220 Sutton Street
       North Andover, Massachusetts 01845
       978-687-2321

29.    Orthopedic Physical Therapy Associates, Inc.
       159 Main Dunstable Road, Suite 101
       Nashua, New Hampshire 03060
       603-881-5554

30.    Dr. David R. Kosofsky
       Nashua Podiatry Associates
       166 Kinsley Street
       Nashua, New Hampshire 03060
       603-880-9177

(B)    To the extent that he has not already done so, the plaintiff shall provide defendant with all his medical records and invoices, all his employment records, and all accident and police reports.

(C)    The plaintiff computes his claim for pain and suffering by considering the amount of the reasonable and necessary medical expenses he has incurred, approximately $41,144.22 and those which he will likely incur in the future, the nature and extent of his injuries, the nature and extent of his disability and discomfort, the severity of the impact in question, and the time he lost from his usual activities and employment.

Dated: March 19th, 2004          Respectfully submitted,
                                 MARK M. THORNTON
                                 By his attorney,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been forwarded to all parties the document by first-class mail, postage prepaid, as follows:

Michael B. Weinberg, Esquire
John A. Donovan, Jr., Esquire
Donovan Hatem LLP
Two Seaport Lane
Boston, Massachusetts 02210

Date: March 19, 2004

_____
William H. Barry III

C:\1118Thornton\plaintiffs disclosure.wpd