UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK M. THORNTON, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>NORTHEAST BUILDERS TRANSPORT, )<br>INC. and BARRY N. EHRSTEIN, )<br>Defendants. )<br>) | C.A. NO.: 03-CV-12521-RGS |

## JOINT MOTION TO EXTEND DISCOVERY DEADLINE

The parties to this action hereby move this Honorable Court to amend the discovery deadline imposed by the Court at the Scheduling Conference by extending the time for discovery until November 30, 2004.

This case arises out of a motor vehicle accident that occurred on January 22, 2001 at the intersection of Fellsway and Mystic Avenue in Somerville, Massachusetts. The plaintiff has alleged he suffered various bodily injuries and neurological damage as a result of this accident.

In support of this Motion, the parties state that they are actively engaged in discovery. The defendant has requested documents from plaintiff's employer and family therapist, however, it has taken longer than anticipated for the documents to be compiled and sent to defendant. Defendant has still not received the requested documents. The requested documents are needed by the defendant's medical expert so that she may conduct a thorough analysis of the plaintiff's medical condition. Further, examination of plaintiff by defendant's medical expert may be necessary. Therefore, an extension is sought so that the defendant may have additional time to obtain the necessary records. The parties agree that additional time to perform discovery may facilitate the resolution of issues prior to trial. In addition, no party will endure prejudice should

the Court continue the discovery deadline as requested in this motion and beyond the dates identified by the Court at the Scheduling Conference.

WHEREFORE, the parties respectfully request this Honorable Court to extend the discovery deadline until November 30, 2004.

| | |
|---|---|
| Plaintiff,<br>Mark M. Thornton<br>By his attorney<br><br>*/s/ William H. Barry III*<br>William H. Barry III, BBO #545547<br>Barry Law Office<br>255 Main Street<br>Nashua, New Hampshire 03060<br>603-883-0474 | Defendants,<br>Northeast Builders Transport, Inc. and<br>Barry N. Ehrstein,<br>By their attorneys,<br><br>*/s/ Michael B. Weinberg*<br>Michael B. Weinberg, BBO # 519500<br>Jessica L. Mooney, BBO # 658822<br>DONOVAN HATEM LLP<br>Two Seaport Lane<br>Boston, MA 02210<br>617-406-4500 |

Dated: September 14, 2004

00859879/12315-208

## CERTIFICATE OF SERVICE

I, Jessica L. Mooney, hereby certify that on this day I caused a copy of the foregoing to be sent by first class mail, postage prepaid to the following counsel of record:

William H. Barry, III, Esq.
Barry Law Office
255 Main Street
Nashua, New Hampshire 03060

Dated: September 14, 2004

Jessica L. Mooney