# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

MARK THORNTON

        V.                                      CIVIL ACTION NO. 03-12521-RGS

NORTHEAST BUILDERS TRANSPORT, INC.

<u>ORDER SETTING CASE FOR TRIAL</u>

STEARNS, DJ.

     THE ABOVE-CAPTIONED ACTION IS HEREBY SET FOR JURY TRIAL ON

<u>MONDAY, MAY 16, 2005</u> AT 9:00 A.M. IN COURTROOM #21, 7TH

FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

     ON OR BEFORE MAY 10, 2005, COUNSEL SHALL FILE THE FOLLOWING

MATERIALS WITH THE COURT:

1.  Any stipulated or admitted facts in a form suitable for presentation to the Court or jury;
2.  A list of prospective witnesses, including names, city or town of residence, or business institutional address;
3.  An identification by inclusive page and lines of any portions of depositions or interrogatory responses to be offered at trial, and a <u>precise</u> statement of any objections thereto;
4.  A "Joint List of Exhibits" as to which there is NO objection, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF NUMBERS,</u> regardless of which party is the proponent of an exhibit (such exhibits are deemed <u>ADMITTED</u> and need NOT be independently offered at trial;
5.  A "List of Exhibits to be Offered at Trial", as to which a party reserves the right to object, <u>IDENTIFIED AND MARKED BY A SINGLE SEQUENCE OF CAPITAL LETTERS,</u> regardless of which party is the proponent of an exhibit;
6.  Motions in Limine or other requests regarding foreseeable disputes concerning evidentiary issues, including authority for the ruling requested;
7.  A <u>TRIAL MEMORANDUM</u> addressing those items as to which there are foreseeable disputes concerning issues of law;
8.  An informed estimate of the probable length of the trial, based on a trial schedule of 9:00 A.M. to 1:00 P.M. daily. In any case exceeding one week's duration, the Court will impose time limits on the parties which will be STRICTLY ENFORCED;
9.  In cases to be tried by a jury:
    A.  REQUESTS FOR INSTRUCTIONS WITH CITATION TO SUPPORTING AUTHORITY;
    B.  ANY PROPOSED OR SPECIAL VERDICT QUESTIONS;
    C.  ANY PROPOSED QUESTIONS FOR THE <u>VOIR DIRE</u> EXAMINATION;
    D.  A <u>SUCCINCT AND NEUTRAL</u> STATEMENT SUMMARIZING

THE PRINCIPAL CLAIMS AND DEFENSES OF THE PARTIES
TO BE READ TO THE VENIRE DURING EMPANELMENT.
10. All trial exhibits <u>must</u> be reclaimed by the end of the
first business day following the day of the verdict.  This
policy is <u>strictly enforced by the Court</u> as there is no space
at the Courthouse to store exhibits after a trial has ended.
Exhibits not reclaimed by counsel will be discarded.
11.  A <u>FINAL PRE-TRIAL CONFERENCE</u> will be held by
the Court on <u>THURSDAY, MAY 12, 2005</u> at 4:00 P.M.

COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY <u>FULLY</u> WITH THIS
ORDER WILL RESULT IN SANCTIONS TO BE IMPOSED BY THE COURT.
TARDINESS IN THE FILING OF THESE TRIAL DOCUMENTS WILL <u>NOT</u>
BE TOLERATED.

SO ORDERED.


RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY:

/s/ Mary  H. Johnson
Deputy Clerk

DATED AT BOSTON:  3-23-05



NOTE TO COUNSEL:    IF THE ABOVE CASE SHOULD SETTLE, COUNSEL ARE INSTRUCTED
TO CONTACT THE COURTROOM CLERK, MARY JOHNSON, IMMEDIATELY AT 617-748-
9162.