UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK M. THORNTON,<br>Plaintiff,<br><br>v.<br><br>NORTHEAST BUILDERS TRANSPORT,<br>INC. and BARRY N. EHRSTEIN,<br>Defendants. | C.A. NO.: 03-CV-12521-RGS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The plaintiff, Mark M. Thornton, and the defendants, Northeast Builders Transport, Inc. and Barry N. Ehrstein, hereby stipulate pursuant to F.R.C.P. Rule 41(a)(1)(ii) that this action is hereby dismissed, with prejudice, without costs, and with all rights of appeal being hereby waived.

Plaintiff,
Mark M. Thornton,
By his attorneys,

_/s/ William H. Barry, III_
William H. Barry, III
Barry & Honorow, P.L.L.C.
161 Kinsley Street
Nashua, New Hampshire 03060
(603) 883-0474

Defendants,
Northeast Builders Transport, Inc. and
Barry N. Ehrstein,
By their attorneys,

_/s/ Michael B. Weinberg_
Michael B. Weinberg, BBO No. 519500
Jessica L. Mooney, BBO No. 658822
Donovan Hatem LLP
Two Seaport Lane
Boston, MA 02210
(617) 406-4500

Dated: July 18, 2005

00929876/12315.208